# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3233
_____

Hollis J. Larson; Guy Greene

*Plaintiffs - Appellants*

v.

Carlton County Jail; Kelly Lake, Carlton County Sheriff; Paul Coughlin, Carlton County Jail Administrator; Brian Belich, Carlton County Deputy Sheriff; Jason Wilmes, Carlton County Jail Sergeant; Cammi Werner, Carlton County Jail Employee; Travis Warnygora, Carlton County Jail Employee; Dave Kumanen, Carlton County Jail Sergeant; John Does; Jane Does, an unknown number; all in their individual and official capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 25, 2020
Filed: June 29, 2020
[Unpublished]
_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Hollis Larson and Guy Greene appeal from the adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having carefully reviewed the record de novo and the arguments on appeal, we conclude that the district court[1] properly granted summary judgment because there were no genuine disputes as to material facts and appellants were entitled to judgment as a matter of law. See Brooks v. Roy, 776 F.3d 957, 960 (8th Cir. 2015) (standard of review); see also Scott v. Harris, 550 U.S. 372, 380 (2007). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.